UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLINTON JUNEAU | CIVIL ACTION |
| VERSUS | NO: 07-9782 |
| STEVE PITTMAN, ET AL | SECTION: J |

**ORDER**

**IT IS ORDERED** that Defendant Progressive Gulf Insurance Company's **Motion for Summary Judgment (Rec. Doc. 9)**, set for hearing on May 28, 2008, is hereby **DENIED** without prejudice to be re-filed if necessary once discovery is completed.

**IT IS FURTHER ORDERED** that Plaintiff's **Unopposed Motion to Continue (Rec. Doc. 10)** is hereby **DENIED** as moot.

New Orleans, Louisiana this 20th day of May, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE